# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff <br><br> v. <br><br> Luis Castro, <br><br> Defendant | Case No.: 2:15-cv-02313-JAD-GWF <br><br> **Order Dismissing Action <br> Under FRCP 4(m)** |

On July 11, 2016, this court provided notice to plaintiff J & J Sports Productions, Inc., that it had until August 10, 2016, to file proof of service or this case would be dismissed under FRCP 4(m).[1] Plaintiff filed nothing. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **this action is DISMISSED without prejudice** under FRCP 4(m). The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: February 6, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.